1  RILEY SAFER HOLMES & CANCILA LLP
   MEGHAN R. MCMEEL (CSB #284841)
2  mmcmeel@rshc-law.com
   200 Spectrum Center Drive, 3rd Floor
3  Irvine, CA  92618
   Telephone:  (415) 275-8550
4  Facsimile:   (415) 275-8551

5  Attorneys for Defendant
   OWENS-ILLINOIS, INC.

6

7

8           UNITED STATES DISTRICT COURT

9           CENTRAL DISTRICT OF CALIFORNIA

10          LOS ANGELES DIVISION

11

| | |
|---|---|
| TERRY LEE SIEGFRIED and TERRI SIEGFRIED,<br><br>Plaintiffs,<br><br>v.<br><br>3M COMPANY, *et al.*,<br><br>Defendants. | Case No.  2:18-cv-01575-FMO-E<br><br>(Los Angeles County Superior Court, Case No. BC691900)<br><br>**NOTICE OF APPEARANCE OF MEGHAN R. MCMEEL**<br><br>Judge:  Hon. Fernando M. Olguin<br>Courtroom:  6D, 6th Floor<br><br>Complaint Filed:  January 26, 2018<br>Removed:  February 26, 2018<br>Trial:  None |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Meghan R. McMeel of the law firm of Riley Safer Holmes & Cancila LLP, hereby enters her appearance as counsel of record for Defendant Owens-Illinois, Inc. in the above-captioned action and requests that, for purposes of the court docket, service list, electronic filing and electronic notification service, she be added to receive notification of service of all pleadings, notices, orders and papers in this action.  This service information for Meghan R. McMeel is as follows:

| | |
|---|---|
| 1 | |
| 2 | Meghan R. McMeel, Esq. |
| 3 | Riley Safer Holmes & Cancila LLP |
| 4 | 200 Spectrum Center Drive, 3rd Floor |
| 5 | Irvine, CA 92618 |
| 6 | Telephone: (415) 275-8550 |
| 7 | Facsimile: (415) 275-85651 |
| 8 | E-Mail: mmcmeel@rshc-law.com |

Dated: March 2, 2018                    RILEY SAFER HOLMES & CANCILA LLP

By: */s/ Meghan R. McMeel*
Meghan R. McMeel
Attorneys for Defendant
OWENS-ILLINOIS, INC.

- 2 -

Notice of Appearance of Meghan R. McMeel – 2:18-cv-01575-FMO-E

# CERTIFICATE OF SERVICE

I, Meghan R. McMeel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 2, 2018.

Dated:  March 2, 2018                    RILEY SAFER HOLMES & CANCILA LLP


By: */s/ Meghan R. McMeel*
    Meghan R. McMeel
    Attorneys for Defendant
    OWENS-ILLINOIS, INC.

Certificate of Service – 2:18-cv-01575-FMO-E