RILEY SAFER HOLMES & CANCILA LLP
MEGHAN R. MCMEEL (CSB #284841)
mmcmeel@rshc-law.com
200 Spectrum Center Drive, 3rd Floor
Irvine, CA  92618
Telephone:   (415) 275-8550
Facsimile:    (415) 275-8551

Attorneys for Defendant
OWENS-ILLINOIS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| TERRY LEE SIEGFRIED and TERRI SIEGFRIED,<br><br>                    Plaintiffs,<br><br>          v.<br><br>3M COMPANY, *et al.*,<br><br>                    Defendants. | Case No.  2:18-cv-01575-FMO-E<br><br>(Los Angeles County Superior Court, Case No. BC691900)<br><br>**DECLARATION OF MEGHAN R. MCMEEL**<br><br>Judge:  Hon. Fernando M. Olguin<br>Courtroom:  6D, 6th Floor<br><br>Complaint Filed:  January 26, 2018<br>Removed:  February 26, 2018<br>Trial:  None |

Meghan R. McMeel declares as follows:

I.      **Removal Exhibits as to Owens-Illinois Kaylo**

1.      Attached as Exhibit 1 is a copy of Owens-Illinois, Proposal to Purchase Equipment and Facilities for Increased Production of Microporite, November 13, 1942.

2.      Attached as Exhibit 2 is a copy of the Letter from A.E. MacGee, Bureau of Ships, Navy Department, to H.W. Paul, Owens-Illinois, September 30, 1943.

3.      Attached as Exhibit 3 is a copy of the Letter from H.W. Paul, Owens-Illinois, to A.E. MacGee, Bureau of Ships, Navy Department, October 4, 1943.

4.      Attached as Exhibit 4 is a copy of the Letter from Chief, Bureau of Ships, Navy Department, to H.W. Paul, Owens-Illinois, October 12, 1943.

5.      Attached as Exhibit 5 is a copy of the Memorandum from Chief, Bureau of Ships, Navy Department, to Director, United States Naval Engineering Experiment Station, Navy Department, October 12, 1943.

6.      Attached as Exhibit 6 is a copy of the Letter from H.W. Paul, Owens-Illinois, to A. Earnest MacGee, Bureau of Ships, Navy Department, October 19, 1943.

7.      Attached as Exhibit 7 is a copy of United States Naval Engineering Experiment Station, Navy Department, File No. NP16/L5/S39, Test C-383, January 3, 1944.

8.      Attached as Exhibit 8 is a copy of Bureau of Ships, Navy Department, Certificate of Approval, Serial No. EN28/L5/3982, January 1944.

9.      Attached as Exhibit 9 is a copy of the Letter from Chief of Bureau, Navy Department, to Owens-Illinois, January 12, 1944.

10.     Attached as Exhibit 10 is a copy of the Letter from H.W. Paul, Owens-Illinois, to A.E. MacGee, Bureau of Ships, Navy Department, February 2, 1944.

11.     Attached as Exhibit 11 is a copy of the Memorandum from Chief, Bureau of Ships, Navy Department, to War Production Board, February 7, 1944.

12.     Attached as Exhibit 12 is a copy of the Letter from A.E. MacGee, Navy Department, to Director, United States Naval Engineering Experiment Station, Navy Department, February 14, 1944.

13.     Attached as Exhibit 13 is a copy of the Letter from A.E. MacGee, Bureau of Ships, Navy Department, to Owens-Illinois, February 14, 1944.

14.     Attached as Exhibit 14 is a copy of the Letter from John K. Seldon, Owens-Illinois, to Director, United States Naval Engineering Experiment Station, Navy Department, March 18, 1944.

- 2 -

15.     Attached as Exhibit 15 is a copy of EES Form No. 18, Custody Receipt, United States Naval Engineering Experiment Station, Navy Department, March 21, 1944.

16.     Attached as Exhibit 16 is a copy of the Letter from John K. Seldon, Owens-Illinois, to Director, United States Naval Engineering Experiment Station, Navy Department, March 27, 1944.

17.     Attached as Exhibit 17 is a copy of EES Form No. 18, Custody Receipt, United States Naval Engineering Experiment Station, Navy Department, March 29, 1944.

18.     Attached as Exhibit 18 is a copy of United States Naval Engineering Experiment Station, Navy Department, File No. NP16/L5/S39, Test C-802, May 8, 1944.

19.     Attached as Exhibit 19 is a copy of Bureau of Ships, Navy Department, Certificate of Approval, Serial No. EN28/L5/4054, May 29, 1944.

20.     Attached as Exhibit 20 is a copy of the Letter from Chief of Bureau, Navy Department, to Owens-Illinois, May 29, 1944.

21.     Attached as Exhibit 21 is a copy of the Letter from G.H. Steed, Office of the Inspector of Naval Material, Navy Department, to Chief, Bureau of Ships, Navy Department, December 7, 1945.

22.     Attached as Exhibit 22 is a copy of the Letter from Chief, Bureau of Ships, Navy Department, to Resident Inspector of Naval Material, Navy Department, December 18, 1945.

23.     Attached as Exhibit 23 is a copy of the Letter from Chief of Bureau, Navy Department, to Owens-Illinois, January 2, 1946.

24.     Attached as Exhibit 24 is a copy of the Letter from H.W. Paul, Owens-Illinois, to Bureau of Ships, Navy Department, January 7, 1946 (encl. Bureau of Ships, Navy Department, Certificate of Approval EN28/L5/4054, May 29, 1944).

- 3 -

25.    Attached as Exhibit 25 is a copy of the ASONASD Form 882, Aviation Supply Office, Navy Department, May 16, 1946.

26.    Attached as Exhibit 26 is a copy of Navy Department, Office of the Inspector of Naval Material, March 22, 1948.

27.    Attached as Exhibit 27 is a copy of the Letter from Chief, Bureau of Ships, Navy Department, to H.W. Paul, Owens-Illinois, May 7, 1948.

28.    Attached as Exhibit 28 is a copy of the Letter from A.V. Baber, Owens-Illinois, to Experimental and Research Division, Bureau of Ships, Navy Department, May 11, 1948.

29.    Attached as Exhibit 29 is a copy of the Letter from Chief, Bureau of Ships, Navy Department, to A.V. Baber, Owens-Illinois, June 4, 1948.

30.    Attached as Exhibit 30 is a copy of the Invitation for Bids, Aviation Supply Office, Navy Department, September 8, 1948.

31.    Attached as Exhibit 31 is a copy of the Letter from H.E. Casey, Owens-Illinois, to Lt. J.W. Lipscomb, Aviation Supply Office, Navy Department, September 22, 1948.

32.    Attached as Exhibit 32 is a copy of the Memorandum from T.J. Emmett, General Stores Supply Officer, General Stores Supply Office, Navy Department, to Chief, Bureau of Ships, Navy Department, December 1, 1948.

33.    Attached as Exhibit 33 is a copy of the Memorandum from Chief, Bureau of Ships, Navy Department, to General Stores Supply Officer, General Stores Supply Office, Navy Department, December 21, 1948.

34.    Attached as Exhibit 34 is a copy of the Letter from Chief, Bureau of Ships, Navy Department, to E.C. Shuman, Owens-Illinois, February 8, 1949.

35.    Attached as Exhibit 35 is a copy of the Memorandum from Chief, Bureau of Ships, Navy Department, to Director, United States Naval Engineering Experiment Station, Navy Department, February 8, 1949.

36.     Attached as Exhibit 36 is a copy of the Wire from E.C. Shuman, Owens-Illinois, to Bureau of Ships, Navy Department, June 15, 1949.

37.     Attached as Exhibit 37 is a copy of the Memorandum from Chief, Bureau of Ships, Navy Department, to Director, United States Naval Engineering Experiment Station, Navy Department, June 22, 1949.

38.     Attached as Exhibit 38 is a copy of the Letter from Chief, Bureau of Ships, Navy Department, to E.C. Shuman, Owens-Illinois, June 22, 1949.

39.     Attached as Exhibit 39 is a copy of United States Naval Engineering Experiment Station, Navy Department, Test C-3905, Qualification Test of "Kaylo" Brand Thermal Block Insulation, July 12, 1949.

40.     Attached as Exhibit 40 is a copy of the Memorandum from Director, United States Naval Engineering Experiment Station, Navy Department, to Chief, Bureau of Ships, Navy Department, July 19, 1949.

41.     Attached as Exhibit 41 is a copy of the Letter from E.C. Shuman, Owens-Illinois, to Bureau of Ships, Navy Department, August 17, 1949.

42.     Attached as Exhibit 42 is a copy of the Letter from Chief, Bureau of Ships, Navy Department, to E.C. Shuman, Owens-Illinois, August 20, 1949 (encl. United States Naval Engineering Experiment Station, Navy Department, Test C-3905, Qualification Test of "Kaylo" Brand Thermal Block Insulation, July 12, 1949).

43.     Attached as Exhibit 43 is a copy of the Letter from Chief, Bureau of Ships, Navy Department, to E.C. Shuman, Owens-Illinois, September 12, 1949.

44.     Attached as Exhibit 44 is a copy of Owens-Illinois, Hydrous Calcium Silicates, Part V Physical and Chemical Properties of Kaylo Products, October 31, 1952.

45.     Attached as Exhibit 45 is a copy of Navy Department, Office of the Inspector of Naval Material, Report, February 9, 1953.

46.     Attached as Exhibit 46 is a copy of Navy Department, Office of the Inspector of Naval Material, Report, March 16, 1953.

47.     Attached as Exhibit 47 is a copy of the Letter from Everett Shuman, Owens-Illinois, to Chief, Bureau of Ships, Navy Department, May 12, 1954.

48.     Attached as Exhibit 48 is a copy of the Letter from Bruce Trumm, Owens-Illinois, to Chief, Bureau of Ships, Navy Department, October 6, 1954.

49.     Attached as Exhibit 49 is a copy of the Letter from Chief, Bureau of Ships, Navy Department, to Bruce Trumm, Owens-Illinois, October 19, 1954.

50.     Attached as Exhibit 50 is a copy the Memorandum from Chief, Bureau of Ships, Navy Department, to Director, United States Naval Engineering Experiment Station, Navy Department, October 19, 1954.

51.     Attached as Exhibit 51 is a copy of the Letter from Bruce Trumm, Owens-Illinois, to A.B. Kincaid, Owens Corning Fiberglas Corporation, March 10, 1955.

52.     Attached as Exhibit 52 is a copy of Owens-Illinois, Chemical and Physical Properties of Commercial Thermal Insulation, Project 83.1, Properties of Kaylo Thermal Insulation and Competitive Materials, March 25, 1955.

53.     Attached as Exhibit 53 is a copy of the Letter from Bruce Trumm, Owens-Illinois, to Bureau of Ships, Navy Department, July 1, 1955.

54.     Attached as Exhibit 54 is a copy of the Letter from R.C. Adams, Superintendent, Chemical Engineering Lab, United States Naval Engineering Experiment Station, Navy Department, to E.C. Shuman, Owens-Illinois, June 4, 1956.

55.     Attached as Exhibit 55 is a copy of Owens Illinois, Progress Report, General Research Division, First Quarter, 1957, April 5, 1957.

56.     Attached as Exhibit 56 is a copy of the Letter from Everett Shuman, Owens-Illinois, to Chief, Bureau of Ships, Navy Department, January 13, 1958.

57.     Attached as Exhibit 57 is a copy of the Agreement between Owens-Illinois and Owens Corning Fiberglas Corporation, April 30, 1958.

58.     Attached as Exhibit 58 is a copy of the Letter from C.C. Ross, United States Navy, to Owens-Illinois.

59.     Attached as Exhibit 59 is a copy of the Deposition of Willis Hazard, February 11, 1981.

60.     Attached as Exhibit 60 is a copy of the Response to Interrogatories Labeled To Be Answered in Connection with and Prior to Deposition of Everett Shuman.

II.     **<u>Removal Exhibits as to United States Navy Specifications</u>**

61.     Attached as Exhibit 61 is a copy of Navy Department, Specification MIL-I-2819-F – 32-I-3(INT), Insulation, Thermal, Block.

62.     Attached as Exhibit 62 is a copy of Navy Department, Specification, MIL-I-2781-E – 32P8(INT), Pipe-Covering, Thermal-Insulation.

63.     Attached as Exhibit 63 is a copy of Navy Department, Qualified Products List, QPL-2819-41 – QPL-2819, Insulation, Thermal, Block.

64.     Attached as Exhibit 64 is a copy of Navy Department, Qualified Products List, QPL-2781-41 – QPL-2781, Insulation, Thermal, Pipe Covering.

65.     Attached as Exhibit 65 is a copy of Navy Department, Instructions Relative to Heat Insulation, Chapter 13, May 1939.

66.     Attached as Exhibit 66 is a copy of Navy Department, Bureau of Ships Manual, Chapter 39, Thermal Insulation, August 1946.

67.     Attached as Exhibit 67 is a copy of Navy Department, Bureau of Ships Manual, Chapter 39, Thermal Insulation, 1960.

68.     Attached as Exhibit 68 is a copy of Department of Defense, Military Standard Marking of Shipments, MIL-STD-129 – MIL-STD-129H.

69.     Attached as Exhibit 69 is a copy of Navy Shipment Marking Handbook, Navy Department, Second Edition, May 1943.

70.     Attached as Exhibit 70 is a copy of Navy Department, SECNAV Instruction, Uniform Labeling Program, September 24, 1956.

71.     Attached as Exhibit 71 is a copy of Warning Labels: A Guide for the Preparation of Warning Labels for Hazardous Chemicals, Manual L-1, Manufacturing Chemists Association, 1949.

72.     Attached as Exhibit 72 is a copy of Warning Labels: A Guide for the Preparation of Warning Labels for Hazardous Chemicals, Manual L-1, Manufacturing Chemists Association, 1953.

73.     Attached as Exhibit 73 is a copy of Warning Labels: A Guide for the Preparation of Warning Labels for Hazardous Chemicals, Manual L-1, Manufacturing Chemists Association, 1956.

74.     Attached as Exhibit 74 is a copy of the Memorandum from Chief, Bureau of Medicine and Surgery, Navy Department, January 15, 1960 (encl. Occupational Health Hazards Release No. 22, July 1959 – January 1959).

75.     Attached as Exhibit 75 is a copy of Navy Department, Interim Report on Study to Eliminate Asbestos from Use in the Shipyard on Navy Contracts, June 19, 1970.

76.     Attached as Exhibit 76 is a copy of the Letter from Deputy Chief of Naval Operations, Navy Department, to Assistant Director, United States General Accounting Office, February 8, 1979.

**III.    Removal Exhibits as to United States Navy Knowledge**

77.     Attached as Exhibit 77 is a copy of Instruction to Medical Officers, Naval Medical Bulletin, Navy Department, 1922.

78.     Attached as Exhibit 78 is a copy of Navy Department, Occupation Hazards and Diagnostic Signs: A Guide to Impairments to be Looked for in Hazardous Occupations, United States Naval Medical Bulletin, November 1922.

79.     Attached as Exhibit 79 is a copy of Public Health Bulletin No. 241, United States Public Health Service, August 1938.

80.     Attached as Exhibit 80 is a copy of Annual Report of the Surgeon General of the United States Navy, Navy Department, 1939.

81.     Attached as Exhibit 81 is a copy of His mask keeps him on the job, United States. Public Health Service, 1942.

82.     Attached as Exhibit 82 is a copy of Navy Department and Maritime Commission, Minimum Requirements for Safety and Industrial Health in Contract Shipyards, January 20, 1943.

83.     Attached as Exhibit 83 is a copy of the Memorandum from Earl Mills, Acting Chief, Bureau of Ships, Navy Department, to All Supervisors of Shipbuilding, Navy Department, November 19, 1943.

84.     Attached as Exhibit 84 is a copy of the Letter from C.D. Wheelock, Chief, Bureau of Ships, Navy Department, to Philip Drinker, United States Maritime Commission, January 25, 1944.

85.     Attached as Exhibit 85 is a copy of the Letter from Philip Drinker, Chief Health Consultant to the Division of Shipyard Labor Relations, to Captain Thomas J. Carter, Navy Bureau of Medicine and Surgery, Navy Department, January 31, 1945.

86.     Attached as Exhibit 86 is a copy of A Health Survey of Pipe Covering Operations in Constructing Naval Vessels, Journal of Industrial Hygiene and Toxicology 28, January 1946.

87.     Attached as Exhibit 87 is a copy of Navy Department, Safety Review, Vol. 4, No. 1, January 1947.

88.     Attached as Exhibit 88 is a copy of Puget Sound Naval Shipyard, Navy Department, General Safety Rules Manual, 1950.

89.     Attached as Exhibit 89 is a copy of United States Department of Labor, Safety and Health Standards for Contractors Performing Federal Supply Contracts under the Walsh-Healey Public Contracts Act, 1952.

Declaration of Meghan R. McMeel – 2:18-CV-01575-FMO-E

90.     Attached as Exhibit 90 is a copy of Effect of Inhaled Commercial Hydrous Calcium Silicate Dust on Animal Tissues, A.M.A. Archives of Industrial Health, Vol. 12, No. 3, September 1955.

91.     Attached as Exhibit 91 is a copy of Navy Department, BUMED Instruction 6270.3, November 7, 1955.

92.     Attached as Exhibit 92 is a copy of Wear Your Respirator, Safety Superintendent, Long Beach Naval Shipyard, Navy Department, and Business Agent, Local No. 20, April 1957.

93.     Attached as Exhibit 93 is a copy of Minutes of Pipe and Copper Shop Master Mechanics Conference, Boston Naval Shipyard, May 8-10, 1957.

94.     Attached as Exhibit 94 is a copy of Government and Navy knowledge regarding health hazards of asbestos: a state of the science evaluation (1900 to 1970), Inhalation Toxicology, December 2011.

I declare under penalty of law that the foregoing is true and correct. Executed on March 2, 2018.

RILEY SAFER HOLMES & CANCILA LLP


By: */s/ Meghan R. McMeel*
Meghan R. McMeel
Attorneys for Defendant
OWENS-ILLINOIS, INC.

- 10 -

Declaration of Meghan R. McMeel – 2:18-CV-01575-FMO-E

1

**<u>CERTIFICATE OF SERVICE</u>**

2        I, Meghan R. McMeel, hereby certify that this document filed through the

3 ECF system will be sent electronically to the registered participants as identified on

4 the Notice of Electronic Filing (NEF) and paper copies will be sent to those

5 indicated as non-registered participants on March 2, 2018.

6

7 Dated:  March 2, 2018                  RILEY SAFER HOLMES & CANCILA LLP

8

9                              By:  */s/ Meghan R. McMeel*
                                    Meghan R. McMeel

10                                Attorneys for Defendant
                                OWENS-ILLINOIS, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28