Exhibit 76

ENCLOSURE II      DRAFT      ENCLOSURE II



DEPARTMENT OF THE NAVY
OFFICE OF THE CHIEF OF NAVAL OPERATIONS
WASHINGTON, D.C. 20350

Ser 4540/318571
8 February 1979

Dear Mr. Hughes,

In further response to your inquiry of October 5, 1978 for information on asbestos use in the Navy's shipbuilding and ship repair operations, it is estimated that the quantity of thermal insulation used on each major class of ships is as follows:

| Ship Class | Estimate of Thermal Insulation (lbs) |
|---|---|
| Destroyer – DD | 87,634 |
| Guided Missile Cruiser – CGN | 123,770 |
| Submarine – SSN | 62,465 |
| Replenishment Oiler – AOR | 78,515 |
| Oceanographic Research Ship – AGOR | * |
| Large Harbor Tug – YTB | 6,858 |
| Fuel Oil Barge – YON | ** |

\* Weight control reports for AGOR class ships have not been prepared. Data unavailable.

\*\*Weight control reports for YONs do not make any reference to thermal insulation.

As noted in my earlier response of January 5th, this information represents the weight of thermal insulation installed and does not include asbestos used in other applications, such as pipe hanger liners, gaskets, etc.

I hope that this information satisfactorily answers your question regarding the extent of thermal insulation being used in the Navy's shipbuilding and ship repair operations.

Sincerely,

T. J. ......
Vice Admiral, U.S. Navy
Deputy Chief of Naval
Operations (Logistics)

Mr. Robert F. Hughes
Assistant Director
U. S. General Accounting Office
Human Resources Division
Washington, D C. 20548

13

DRAFT    PRODUCED JM - 83