Exhibit 92

