LEWIS BRISBOIS BISGAARD & SMITH LLP
PATRICK J. FOLEY, SB# 180391
E-Mail: Patrick.Foley@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, SUPERIOR-LIDGERWOOD-MUNDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

TERRY LEE SIEGFRIED and TERRI SIEGFRIED,

Plaintiffs,

vs.

3M COMPANY (f/k/a MINNESOTA MINING & MANUFACTURING COMPANY); AIR & LIQUID SYSTEMS CORPORATION (sued individually and as successor-in-interest to BUFFALO PUMPS, INC.); ABB, INC. (individually and as successor-in-interest to ITE IMPERIAL CO. f/k/a ITE CIRCUIT BREAKER COMPANY); ALFA LAVAL INC. (sued individual and as successor-in-interest to THE DELAVAL SEPARATOR COMPANY and SHARPLES CORPORATION); ATWOOD & MORRILL CO., INC. d/b/a WEIR VALVES & CONTROLS USA INC.; AURORA PUMP COMPANY; A.O. SMITH CORP.; BACOU-DALLOZ USA, INC., (sued as successor-in-interest and/or f/k/a W.G.M. SAFETY PRODUCTS d/b/a WILLSON SAFETY PRODUCTS); CARRIER CORPORATION; CARVER PUMP COMPANY; CBS CORPORATION (a Delaware Corporation) f/k/a VIACOM, INC. (as successor-by-merger to CBS

CASE NO. 2:18-CV-01575 FMO(Ex)

Judge: Hon. Fernando M. Olguin
Courtroom: 6D

**SPECIALLY APPEARING DEFENDANT SUPERIOR-LIDGERWOOD-MUNDY CORPORATION'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2)**

**[Filed and Served Concurrently with Notice of Motion and Motion, Memorandum of Points and Authorities, and Declaration of Patrick Foley]**

Date: April 19, 2018
Time: 10:00 am
Courtroom.: 6D
Location: 350 W. First Street
Los Angeles, CA 90012

**PER CHAMBERS, NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**

Action Removed: February 26, 2018
Trial Date: None Set



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

CORPORATION) (a Pennsylvania Corporation) f/k/a WESTINGHOUSE ELECTRIC CORPORATION) and also as successor-in-interest to BF STURTEVANT; CAL-VAL CO.; CLEAVER-BROOKS, INC. (sued individually and as successor-in-interest to DAVIS ENGINEERING COMPANY formerly known as AQUA-CHEM, INC. doing business as CLEAVER-BROOKS DIVISION); COOPER WIRING DEVICES, a division of COOPER INDUSTRIES (individually and as successor-in-interest to ARROW-HART & HEGEMAN, INC.); COPES-VULCAN, INC.; CRANE CO. (sued individually and successor-in-interest to COCHRANE CORPORATION; CHAPMAN VALVE COMPANY and JENKINS VALVES); CRANE ENVIRONMENTAL, INC. (sued individually and successor-in-interest to COCHRANE CORPORATION); EATON CORPORATION (sued individually and as successor-in-interest to CUTLER-HAMMER INC.); EATON ELECTRICAL, INC. (sued individually and as successor-in-interest to CUTLER-HAMMER INC.); ELLIOT TURBOMACHINERY COMPANY a/k/a ELLIOTT COMPANY; EMERSON ELECTRICT CO. (individually and as successor-in-interest to KEYSTONE VALVES AND CONTROLS, INC.); FISHER CONTROLS INTERNATIONAL LLC f/k/a FISHER GOVERNOR COMPANY; FMC CORPORATION (sued individually and as successor-in-interest to NORTHERN PUMP COMPANY and PEERLESS PUMP COMPANY); FOSTER WHEELER ENERGY CORPORATION; FRASHER BOILER SERVICE, INCL.; GARDNER-DENVER, INC.; GENERAL DYNAMICS CORPORATION (successor-in-interest to BATH IRON WORKS LTD. f/k/a THE HYDE WINDLASS COMPANY); GENERAL ELECTRIC COMPANY (individually and as successor-in-interest to MASONEILAN, and MANNING,

(Los Angeles County Superior Court Case No. BC691900)



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

MAXWELL & MOORE, INC.); GIBBS & COX, INC.; THE GORMAN-RUPP COMPANY (individually and as successor-in-interest to PATTERSON PUMP COMPANY, and C.H. WHEELER); GOULDS ELECTRONICS (as successor-in-interest to ITE CIRCUIT BREAKER CO.); GOULDS PUMPS, INC.; HARDIE-TYNES CO., INC. (sued individually and as successor-in-interest to HARDIE-TYNES MANUFACTURING CO. and HARDIE-TYNES MANUFACTURING COMPANY); HARDIE-TYNES FOUNDARY & MACHINE CO. (sued individually and as successor-in-interest to HARDIE-TYNES MANUFACTURING CO. and HARDIE-TYNES MANUFACTURING COMPANY); HARDIE-TYNES, LLC (sued individually and as successor-in-interest to HARDIE-TYNES MANUFACTURING CO. and HARDIE-TYNES MANUFACTURING COMPANY); HERCULES MANUFACTURING COMPANY, INC.; HOWDEN NORTH AMERICA, INC. f/k/a HOWDEN BUFFALO, INC. (individually and as successor-in-interest to BUFFALO FORGE COMPANY); IMO INDUSTRIES (sued individually and as successor-in-interest to DELAVAL TURBINE, INC.); INGERSOL-RAND COMPANY (individually and as successor-in-interest to TERRY STEAM TURBINE); ITT INDUSTRIES, INC. (sued individually and as successor-in-interest to BELL & GOSSETT, FOSTER ENGINEERING and HOFFMAN SPECIALTY); KERR MACHINERY CO. n/k/a KERR PUMP & SUPPLY INC.; LAWLER MANUFACTURING COMPANY, INC. f/k/a LAWLER AUTOMATIC CONTROLS, INC.; THE MARLEY-WYLAIN COMPANY; MUELLER STEAM SPECIALITY COMPANY n/k/a WATTS WATER TECHNOLOGIES, INC.; THE NASH ENGINEERING COMPANY; OWENS-ILLINOIS, INC.; PPG

INDUSTRIES, INC. (successor-in-interest to AKZO NOBEL INC., and DEVOE COATINGS); QUIMBY EQUIPMENT COMPANY; ROBERTSHAW CONTROLS COMPANY (individually and as successor-in-interest to FULTON SYLPHON COMPANY); ROCKWELL AUTOMATION INC. (individually and as successor by merger to ALLEN-BRADLEY COMPANY LLC and ROSTONE CORPORATION); ROSS OPERATING VALVE COMPANY d/h/a ROSS CONTROLS; RSCC WIRE & CABLE, LLC; SCHNEIDER ELECTRIC, USA, INC., f/k/a SQUARE D COMPANY; SIEMANS CORPORATION (individually and as successor-in-interest to ITE CIRCUIT BREAKER CO.); SEIMENS ENERGY INC. (individually and as successor by merger to DRESSER-RAND GROUP, INC.); SPIRAX SARCO, INC.; SPX CORPORATION (sued individually and as successor-in-interest to THE MARLEY COMPANY, WYLAIN, INC., WEIL-McCLAIN, a division of WYLAIN, INC., and WEIL-McCLAIN); STERLING FLUID SYSTEMS, (USA) LLC f/k/a PEERLESS PUMP COMPANY; SULZER PUMPS HOUSTON, INC. (sued individually and as successor-in-interest to PACO PUMPS f/k/a PACIFIC PUMPING COMPANY); SUPERIOR-LIDGERWOOD-MUNDY (individually and as successor-in-interest to M.T. Davidson Co.); WELAN VALVE CORP.; VIAD CORP f/k/a THE DIAL CORPORATION (sued individually and as successor-in-interest to GRISCOM-RUSSELL COMPANY); VIKING PUMP, INC., a Unit of IDEX Corporation; WARREN PUMPS, LLC (individually and as successor-in-interest to QUIMBY PUMP COMPANY); WEIL-McCLAIN; WEIL-McCLAIN, a division of THE MARLEY COMPANY (sued individually and as successor-in-interest to WYLAIN CO.); WILO USA LLC (individually and as successor-in-



LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

interest to WEIL PUMP COMPANY, INC.); WEIR VALVES & CONTROLS USA INC. f/k/a ATWOOD & MORRILL; THE WILLIAM POWELL COMPANY; and DOES 1-450, inclusive,

Defendants.

Pursuant to Federal Rule of Evidence 201, Specially Appearing Defendant Superior-Lidgerwood-Mundy Corporation ("SLM") requests this Court to take judicial notice of the following documents, which are not subject to reasonable dispute because they are generally known within this Court's territorial jurisdiction or can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned:

1. Summons and Complaint in Superior Court of the State of California for the County of Los Angeles Case No. BC691900, entitled *Terry Lee Sigfried, et al. v. 3M Company, et al.*, a true and correct copy of which is attached as Exhibit A.

2. Defendant Carrier Corporation's Notice of Removal of Action Under 28 U.S.C. §1442(a)(1) (Government Contractor Immunity – Acting Under Direction of Federal Officers), a true and correct copy of which, without exhibits, is attached as Exhibit B.

/ / /

/ / /

/ / /

3. Notice of Motion and Motion to Quash Service of Summons; Memorandum of Points and Authorities; Declaration of Trenton Hartzler, a true and correct copy of which is attached as Exhibit C.

DATED: March 6, 2018

Respectfully submitted,
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: ______________________
Patrick J. Foley
Attorneys for Specially Appearing Defendant, SUPERIOR-LIDGERWOOD-MUNDY

