# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE SIEGFRIED and TERRI SIEGFRIED<br><br>Plaintiffs.<br><br>vs.<br><br>3M COMPANY et al.,<br><br>Defendants. | CASE NO. 2:18-cv-01575-FMO-E<br><br>[Assigned to the Hon. Fernando M. Olguin in Courtroom 6D]<br><br>**ORDER REGARDING STIPULATION [479] OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT A. O. SMITH CORPORATION**<br><br>Complaint:  January 26, 2018<br>Trial:          February 5, 2019 |

## ORDER

Pursuant to the stipulation entered by and between counsel for plaintiffs TERRY LEE SIEGFRIED and TERRI SIEGFRIED ("plaintiffs") and defendant A.O. SMITH CORPORATION, this action including all claims that were asserted, or that could have been asserted, by the plaintiffs against defendant A.O. SMITH CORPORATION (erroneously sued as A.O. Smith Corp.) are hereby dismissed without prejudice as against defendant A.O. SMITH CORPORATION only pursuant to Federal Rule of Civil Procedure 41; and each party shall bear its own attorney fees, costs and expenses.

**IT IS SO ORDERED**.

DATED: October 12, 2018        By:        /s/
                                                        HON. FERNANDO M. OLGUIN
                                                        UNITED STATES DISTRICT JUDGE

1
**ORDER ON STIPULATION TO DISMISS A.O. SMITH CORPORATION**